Alice Elizabeth Lange, by Andrew G. Lange, her next friend, appellant, v. Harry Smith, appellee. Gen. No. 36,075.

Opinion filed May 24, 1933.

Kremer, Branand & Hamer, for appellant. George H. Foster, for appellee.

Mr. Justice Hebel delivered the opinion of the court.

Andy F. Runyon, appellee, v. Johnson Electric Company, appellant. Gen. No. 36,099.

Opinion filed May 24, 1933.

Louis W. Reinecker, Jr., for appellant. John A. Irrmann, for appellee.

Mr. Justice Hebel delivered the opinion of the court.

Anthony Witkowski, appellee, v. Julius Kewitz, appellant. Gen. No. 36,114.

Opinion filed May 24, 1933.

Murphy O. Tate, for appellant; Leo M. Tarpey, of counsel. C. Helmer Johnson, for appellee.

Mr. Justice Hebel delivered the opinion of the court.

Burnside Trust & Savings Bank, appellant, v. Sofia Bogi, appellee. Gen. No. 36,167.

Opinion filed May 24, 1933.

Frisch & Frisch, for appellant; Samuel J. Nordorf, of counsel. Glickman & King, for appellee.

Mr. Justice Hebel delivered the opinion of the court.